```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```
GARY LA BARBERA and THEODORE KING,
as Trustees and Fiduciaries of the Local 282
Welfare Trust Fund, the Local 282 Pension Trust
Fund, the Local 282 Annuity Trust Fund, the
Local 282 Job Training Trust Fund and the
Local 282 Vacation and Sick Leave Trust Fund,

                       Plaintiffs,                    **ORDER TO SHOW CAUSE**
    -against-                                     02 CV 2876 (DRH) (ETB)

A.B. RECYCLING L.L.C., BARNEY SKANSKA
CONSTRUCTION CO., BEDROCK EQUIPMENT
LEASING CORP., DOUBLE G INDUSTRIES INC.,
DRC TRUCKING,

                       Defendants.
```
----------------------------------------------------------------X
```

**HURLEY, Senior District Judge:**

       On July 24, 2012, plaintiffs moved to hold defendant Bedrock Equipment Leasing Corp. ("Bedrock") in civil contempt for (1) failure to comply with a judgment entered on November 5, 2002, wherein Bedrock was ordered to pay $1,041,863.60 in damages to plaintiffs; and (2) failure to comply with Magistrate Judge Boyle's Order dated March 19, 2012, wherein Bedrock was directed to respond to plaintiffs' request for post-judgment discovery. On September 26, 2012, Magistrate Judge Boyle issued a Report and Recommendation pursuant to 28 U.S.C. § 636(e)(6) certifying the facts relevant to plaintiffs' motion for contempt and recommended that defendant Bedrock appear before this Court to show cause why it should not be held in contempt of court by reason of the certified facts. To date, defendant Bedrock has not filed any objection with the Court.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, it is hereby

ORDERED that defendant Bedrock appear before this Court on November 28, 2012 at 2:00 p.m. in Courtroom 930 and show cause why it should not be held in contempt of court by reason of the facts certified by Magistrate Judge Boyle; and it is further

ORDERED that plaintiffs' counsel serve defendant Bedrock with a copy of this Order by personal service forthwith and by overnight mail and plaintiffs' counsel is further directed to file proof of service on ECF.

**SO ORDERED.**

Dated: Central Islip, New York
October 26, 2012

/s/
Denis R. Hurley
Unites States District Judge